O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-0602 DMG (DTBx)** | Date | June 11, 2013 |
|---|---|---|---|

| Title | *Trina R Patterson v. Homecomings Financial Network Inc et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [Doc. # 9]**

On March 22, 2013, Plaintiff Trina R. Patterson filed a complaint against Defendants Homecomings Financial, LLC ("Homecomings")[1] and Bank of America, N.A. ("BANA"), raising claims under the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605 *et seq.*, Truth in Lending Act, 15 U.S.C. § 1641(f)(2), Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and various state law causes of action. [Doc. # 1.] On May 17, 2013, Homecomings filed a motion to dismiss. [Doc. # 8.]

Plaintiff has not filed an opposition to Defendant Homecomings' pending motion to dismiss and the time to do so has passed. *See* C.D. Cal. L.R. 7-9 (requiring an opposition to be filed at least 21 days before the motion hearing date). Accordingly, Defendant Homecomings' motion to dismiss is **GRANTED** for lack of opposition. *See id.* L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

In light of the foregoing, Plaintiff's complaint is dismissed with leave to amend. Plaintiff shall file any amended complaint in compliance with Local Rule 3-2 by **June 26, 2013**. Defendant Homecomings shall file its response within 15 days after service of any amended complaint. The June 28, 2013 hearing is **VACATED**.

BANA's motion to dismiss [Doc. # 13] is stricken as improperly filed. *See* Notice to Filer of Deficiencies [Doc. # 18]. The Court's June 10, 2013 Order is hereby modified to require Defendant BANA to file its response within 15 days after service of any amended complaint.

**IT IS SO ORDERED.**

---

[1] Homecomings is erroneously sued as Homecomings Financial Network, Inc.